IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JOANNA K. BRINKMAN
Trial Attorney, U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
IL Bar No. 6299174
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0476 / Fax: (202) 305-0267
Email: joanna.brinkman@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
NV Bar No. 4790
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336 / Fax: (702) 388-6787
Email: blaine.welsh@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **CONCERNED CITIZENS FOR A SAFE COMMUNITY**, an association, and **DONNA COX**, an individual, | |
| Plaintiffs, | |
| v. | Civil No. 2:09-CV-01409-DAE |
| **OFFICE OF FEDERAL DETENTION TRUSTEE**, | Stipulated Supplemental Briefing Schedule |
| Defendant. | |

## STIPULATED SUPPLEMENTAL BRIEFING SCHEDULE

On February 23, 2010, the Court issued the Scheduling Order governing the above captioned case. Dkt. No. 46. Pursuant to Paragraph 5 of that Scheduling Order, the parties are to file a supplemental briefing schedule for dispositive motions within seven (7) days of the Court's final resolution of any motions to supplement the administrative record. On May 6, 2010, Plaintiffs filed a motion to supplement the record, Dkt. No. 65, and on July 7, 2010, the Court issued its order resolving that motion. Dkt. No. 85. Accordingly, pursuant to Paragraph 5 of the Scheduling Order, the parties now jointly submit the following Stipulated Supplemental Briefing Schedule:

1. Plaintiffs file their motion for summary judgment: August 2, 2010

2. Defendant files its consolidated countermotion for summary judgment and opposition to Plaintiffs' motion: September 3, 2010

3. Plaintiffs file their reply in support of summary judgment and opposition to Defendant's motion: September 17, 2010

4. Defendant files its reply in support of summary judgment: October 1, 2010

Respectfully submitted this 14th day of July, 2010.

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment & Natural Resources Division
    */s/ Joanna K. Brinkman*
    JOANNA K. BRINKMAN
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663

Washington, DC 20044-0663
Attorneys for Defendant

*/s/   Nancy Lord*
NANCY LORD
1970 N. Leslie Rd., No. 220
Pahrump, NV 89060
(775) 751-3636
Attorney for Plaintiffs

**IT IS SO ORDERED:**

_____
**Judge David Alan Ezra**
**United States District Judge**

**DATED:** July 14, 2010