IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| CONCERNED CITIZENS FOR A SAFE COMMUNITY; DONNA COX; ANTHONY COX; DAVID CARROLL; and NANCY LORD, | ) ) ) ) ) | CV. NO. 09-01409 DAE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OFFICE OF FEDERAL DETENTION TRUSTEE, | ) ) ) | |
| Defendant. | ) ) | |

ORDER SETTING STATUS CONFERENCE

The court hereby sets a status conference on Monday, October 24, 2011, at 9:30 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 1, 2011.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE