IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA (on behalf of itself and its members); GARY PECK; UNITARIAN UNIVERALIST SOCIAL JUSTICE COMMITTEE (on behalf of itself and its members); RICHARD DeVOE; THE SHUNDAHAI NETWORK, | ) ) ) ) ) ) ) ) | 2:97-cv-01419 DAE(LRL) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY OF LAS VEGAS; OSCAR GOODMAN, in his official capacity as Mayor; FREMONT STREET LIMITED LIABILITY CORP.; and JOSEPH SCHILLACI, in his official capacity as President of The Fremont Street Limited Liability Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER SETTING STATUS CONFERENCE

The court hereby sets a status conference on Monday, October 24, 2011, at 9:00 a.m., at the United States District Court for the District of Nevada,

333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 1, 2011.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE


<u>Americal Civil Liberties Union, et al. vs. City of Las Vegas, et al.</u>, 2:91-cv-01419-DAE(LRL); ORDER SETTING STATUS CONFERENCE