IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| CONCERNED CITIZENS FOR A SAFE COMMUNITY; DONNA COX; ANTHONY COX; DAVID CARROLL; and NANCY LORD, | ) ) ) ) ) | CV. NO. 09-01409 DAE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OFFICE OF FEDERAL DETENTION TRUSTEE , | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE
SURREPLY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION
TO SUPPLEMENT THE RECORD

Pursuant to Local Rule 78-2, the Court finds this matter suitable for disposition without a hearing.  After reviewing Defendant's motion and the supporting and opposing memoranda, the Court **GRANTS** Defendant's Motion for Leave to File a Surreply in Support of its Opposition to Plaintiffs' Motion to Supplement the Record.  (Doc. # 108.)

On March 11, 2011, Plaintiffs filed a Motion to Supplement the Record.  (Doc. # 105.)  Plaintiffs seek to enter the following three exhibits into the administrative record: (1) Affidavit of Alfred Balloqui dated October 23, 2009, (2)

Affidavit of Paula Glidden dated October 23, 2009, and (3) Transcript of

deposition testimony of Paula Glidden in <u>Kukin v. Town of Pahrump</u>, Case No.

2:09-cv-02261.[1]  (<u>Id.</u> at 1–2.)  The two affidavits were attached to Plaintiffs'

Motion but the deposition transcript was not produced until Plaintiffs' filed their

Reply.  (<u>See</u> Docs. ## 105-2, 105-3, 107-1.)  Notably, Plaintiffs' Motion did not

cite to, or otherwise address, the legal standard for supplementing an

administrative record.

On March 24, 2011, Defendant filed an Opposition to Plaintiffs'

Motion, asserting that the Motion should be denied because Plaintiffs failed to

meet the legal standard for supplementing an administrative record for purposes of

reviewing an agency decision.  (Doc. # 106.)  Specifically, Defendant argued that

Plaintiffs failed to establish that the administrative record is incomplete or that any

one of the four exceptions to the administrative record review doctrine applies.

(<u>Id.</u> at 2.)

On March 30, 2011, Plaintiffs filed a Reply in Support of its Motion.

(Doc. # 107.)  In its Reply brief, Plaintiffs addressed for the first time the legal

standard for supplementing an administrative record.  (<u>Id.</u> at 4–7.)  Plaintiffs

---

[1]Plaintiffs initially sought to admit a fourth exhibit containing a form letter. However, Plaintiffs subsequently withdrew their motion with respect to that exhibit because the letter is already a part of the administrative record.

specifically argued that three out of the four exceptions to the administrative record review doctrine, including the exception for bad faith or improper behavior by the agency, applies to the case at bar.  (Id. at 5.)  Plaintiffs also relied heavily on a case that was not cited in Plaintiffs' Motion.  (Id. at 6–7.)  Additionally, Plaintiffs attached to their Reply the transcript of Paula Glidden that had become available since the filing of their Motion.  (Doc. # 107-1.)

On April 6, 2011, Defendant filed the instant Motion for Leave to file a Surreply to respond to the new issues raised by Plaintiffs for the first time in their Reply.  (Doc. # 108.)  On April 16, 2011, Plaintiffs filed an Opposition to Defendant's Motion.  (Doc. # 109.)

In light of the new arguments, case law, and exhibit set forth in Plaintiffs' Reply in Support of their Motion to Supplement the Record, the Court concludes that good cause exists to allow Defendant to file a Surreply.  See Heffelfinger v. Electronic Data Systems Corp., 580 F. Supp. 2d 933, 966 n.116 (C.D. Cal. 2008) (stating that the Court's exercise of discretion in favor of allowing a surreply is appropriate where the movant raises new arguments  in its reply brief).

Accordingly,  Court **GRANTS** Defendant's Motion for Leave to File a Surreply in Support of its Opposition to Plaintiffs' Motion to Supplement the

Record.  (Doc. # 108.)  Defendant shall have seven (7) days from the filing of this

Order to File its Surreply.

> IT IS SO ORDERED.

> DATED: Las Vegas, Nevada, October 24, 2011.

.

_____

DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE


Concerned Citizens For A Safe Community, et al., v. Office of Federal Detention
Trustee, CV No. 09-01409; ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE SURREPLY IN SUPPORT OF ITS OPPOSITION TO
PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD