IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA COX, CONCERNED CITIZENS FOR A SAFE COMMUNITY, ANTHONY COX, DAVID CARROLL, and NANCY LORD<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE OF THE FEDERAL DETENTION TRUSTEE, a Department of Bureau of Prisons<br><br>Defendants. | CV. NO. 09-01409 DAE |

ORDER SETTING HEARING ON MOTIONS

The court hereby schedules a Motions Hearing on pending motion to dismiss (document no. 121), for Wednesday, July 24, 2013, at 1:00 p.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in Courtroom 4B.

IT IS SO ORDERED.

DATED: San Antonio, Texas, July 18, 2013.

_____
David Alan Ezra
United States District Judge