# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA COX, CONCERNED CITIZENS FOR A SAFE COMMUNITY, ANTHONY COX, DAVID CARROLL, and NANCY LORD,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE FEDERAL DETENTION TRUSTEE, a Department of Bureau of Prisons,<br><br>Defendant. | Case No: 2:09-cv-01409-DAE |

### ORDER DISMISSING CASE WITH PREJUDICE FOR LACK OF PROSECUTION

This Court having considered the Defendant Office of the Federal Detention Trustee's Motion to Dismiss for Lack of Prosecution, and the argument of counsel for the Defendant,

IT IS HEREBY ORDERED that the Defendant's Motion is granted and this case is dismissed with prejudice for the reasons stated on the record;

IT IS FURTHER ORDERED that counsel for Plaintiffs shall have until July 31, 2013 at 4:00 p.m. to file a motion showing good cause why this Order should be set aside. If such a motion is filed, resolution of the case will be delayed until the Court rules on Plaintiffs' motion. If no such motion is filed, this case shall be terminated and judgment shall be entered in favor of Defendant, Office of the Federal Detention Trustee.

DATED: Las Vegas, Nevada, July 24, 2013.

_____
David Alan Ezra
Senior United States District Judge

1